Núm. 7866.—Ruppin & Cía., Inc., aplte., *v.* Sancho Bonet, Tes., apldo.—C. D. San Juan. ▬▬▬▬▬▬ ▬▬▬ Septiembre 20, 1938.

Vista la anterior moción presentada por el demandado apelado y la conformidad de la demandante apelante, se desestima la ape-

lación interpuesta por esta última contra la sentencia dictada por la Corte de Distrito de San Juan el día 7 de junio, 1938, en el caso arriba indicado.